ACCEPTED
14-14-00874-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:12:36 PM
CHRISTOPHER PRINE
CLERK

# IN THE COURT OF APPEALS FOR THE
## FOURTEENTH DISTRICT OF TEXAS
### NO. 14-14-00874-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/26/2015 3:12:36 PM
CHRISTOPHER A. PRINE
Clerk

**CHARLES ROBERTS**
Appellant,

On Appeal From the 177th
District Court of
Harris County, Texas

V.

Trial Cause No. 1381559

**THE STATE OF TEXAS**
Appellee

## FIRST MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

ANGELA CAMERON, attorney of record for Appellant in the above cause, would respectfully request the Court to grant her motion to extend time for file brief. In support of said motion, counsel would show unto the Court the following:

### I.

This appeal lies from Appellant's conviction in *The State of Texas v. Charles Roberts* Cause Number 1381559 in the 177th District Court of Harris County. Roberts was found guilty of murder and sentenced to 50 years in the Texas Department of Corrections and $1,125 for restitution. Notice of Appeal was timely filed. The brief is due on February 26, 2015. No prior extensions have been granted.

II.

Counsel will not be able to file the brief for the following reasons:

1. Counsel filed a brief on February 3, 2015 in *Israel Alcaraz v. State of Texas*, Cause Number 01-14-00676-CR.

VI.

An extension of time is necessary so that the brief can be timely filed. This motion is not made for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court will grant this requested extension of time to file the Appellant's Brief in the above cause and extend the time for filing the brief for at least thirty (30) days.

Respectfully submitted,

Alexander Bunin
Chief Public Defender

*/s/ Angela Cameron*
Angela Cameron
State Bar No. 00788672
Harris County Public Defender's Office
Assistant Public Defender
1201 Franklin 13th Floor
Houston, Texas 77002
Tel: 713-368-0016
angela.cameron@pdo.hctx.net

# CERTIFICATE OF SERVICE

I certify that on the 26th day of February 2015 a copy of the foregoing instrument has been electronically served upon the State of Texas.

*/s/ Angela Cameron*
ANGELA CAMERON